# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 150TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on January 21, 2015, the cause upon appeal to revise or reverse your judgment between

Ex Parte Mark Villarreal, Appellant

V.

No. 04-14-00510-CV and Tr. Ct. No. 2014-CI-04491

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the judgment of the trial court denying appellant Mark Villarreal's petition for expunction is REVERSED IN PART as it pertains to the arrest for Theft of Property on August 7, 2008, and the case is REMANDED to the trial court with instructions to render a modified order as agreed by the parties. In all other respects, the judgment of the trial court is AFFIRMED. Costs of the appeal are taxed against appellant Mark Villarreal.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on April 1, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

**BILL OF COSTS**

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00510-CV

**Ex Parte Mark Villarreal**

**v.**

(NO. 2014-CI-04491 IN 150TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | ADMA KOBS |
| CLERK'S RECORD | $36.00 | PAID | |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | ADAM KOBS |
| FILING | $100.00 | PAID | ADAM KOBS |
| STATEWIDE EFILING FEE | $20.00 | PAID | ADAM KOBS |
| INDIGENT | $25.00 | PAID | ADAM KOBS |
| REPORTER'S RECORD | $135.00 | PAID | MARK VILLARREAL |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this April 1, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853